

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

GE SEACO SRL,

      Plaintiff,

 -against-         RULE 7.1 STATEMENT

SHANDONG PROVINCE YANTAI INTERNATIONAL
MARINE SHIPPING COMPANY,

      Defendant.

------------------------------------------X

  PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, GE SEACO SRL ("GE SEACO"), certifies that it is owned by SEA CONTAINERS LTD. and GENERAL ELECTRIC CAPITAL CORPORATION.

Dated: New York, NY
    July 31, 2008

             Respectfully submitted,

             MAHONEY & KEANE, LLP
             Attorneys for Plaintiff
             **GE SEACO SRL**

      By: _____
         Edward A. Keane (EK 1398)
         11 Hanover Square, Tenth Floor
         New York, New York 10005
         Tel. (212) 385-1422
         Fax. (212) 385-1605
         File No. 12/3628/B/08/7